**United States District Court**
For the Northern District of California

*E-FILED:  August 28, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WESTINGHOUSE DIGITAL, LLC; ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER, INC.,<br><br>　　　　　Defendants.　　　　　　　　／ | No. C12-03988 HRL<br><br>**ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Re:  Docket No. 105] |

There being no objection, the request by Richard P. Beem and John Linzer to withdraw as defense counsel of record is granted as unopposed.

SO ORDERED.

Dated: August 28, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-03988-HRL Notice has been electronically mailed to:

Arthur Anthony Gasey     gasey@nshn.com

Christopher William Niro     cniro@nshn.com

David Arthur Frey     dfrey@mccrackenfrank.com

John R Linzer     jlinzer@beemlaw.com

Kara Leta Szpondowski     szpondowski@nshn.com

Karen I Boyd     boyd@turnerboyd.com

Kyle Bradford Fleming     kfleming@rennerotto.com, jwheeler@rennerotto.com, patentlit@gmail.com

Martin L. Fineman     martinfineman@dwt.com, edithshertz@dwt.com, sfodocket@dwt.com

Nicholas J Gingo     ngingo@rennerotto.com

Raymond P. Niro     rniro@nshn.com

Richard Philip Beem     richard@beemlaw.com

Todd R. Tucker     ttucker@rennerotto.com, jcampbell@rennerotto.com