UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESTINGHOUSE DIGITAL LLC, ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER, INC.,<br><br>    Defendants. | Case No:  C 12-03988 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 144 |

The hearing on Defendants' summary judgment motion is CONTINUED from July 23, 2013, to <u>August 27, 2013, at 1:00 p.m.</u>  By no later than August 19, 2013, the parties shall lodge with the Court a tabbed and indexed three-ring binder containing courtesy copies of their respective, unredacted motion and supporting papers.

IT IS SO ORDERED.

Dated: July 17, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge