UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>             Plaintiff,<br>      v.<br><br>WESTINGHOUSE DIGITAL, LLC, et al.,<br><br>             Defendants. | Case No.: 5:12-cv-03988-PSG<br><br>**ORDER** |

The court has been informed that the parties have reached a settlement.[1]  Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than Friday, January 31, 2013.

IT IS FURTHER ORDERED that the status hearing set for December 17, 2013 is vacated.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, February 4, 2013 to show cause why the case should not be so dismissed.

---

[1] *See* Docket No. 176 ("Plaintiff Technology Licensing Corporation, LLC ("TLC") and Defendant Westinghouse Digital, LLC ("WD") jointly provide Notice to the Court that the parties have reached Settlement.  The parties are awaiting final signatures and anticipate dismissing the case within 45 days."); *see also* Docket No. 175 (stipulated dismissal with prejudice as to Defendants Asus Computer International and Asustek Computer, Inc.).

1
Case No.: 5:12-cv-03988-PSG
ORDER

**IT IS SO ORDERED.**

Dated: December 16, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge